Fill in this information to identify the case:

Debtor 1   Catherine Ashiq Huppert
_First Name_   _Middle Name_   _Last Name_

Debtor 2
(Spouse, if filing)   _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the:   Northern   District of   Illinois
_(State)_

Case number
(If known)   15-39444

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the _Application for Individuals to Pay the Filing Fee in Installments_ (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[☑] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | 12/02/2015 _Month / day / year_ |
| $ 77.50 | 01/04/2016 _Month / day / year_ |
| $ 77.50 | 02/02/2016 _Month / day / year_ |
| + $ 77.50 | 03/02/2016 _Month / day / year_ |
| **Total** $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

NOV 24 2015
_Month / day / year_

By the court:   _Janet S. Baer_ anc
United States Bankruptcy Judge